# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| TEXAS FARMERS INSURANCE COMPNAY, AS SUBROGEE OF STEPHEN BURKES, | § § § § | |
| Plaintiff, | § § | |
| VS. | § | 3:23-CV-00077 |
| | § | |
| TECHTRONIC INDUSTRIES NORTH AMERICA, INC., D/B/A RYOBI TECHNOLOGIES, INC., D/B/A TTI OUTDOOR POWER EQUIPMENT, INC., | § § § § § § | |
| Defendant. | § | |

## **STIPULATED DISMISSAL**

On May 9, 2023, the parties filed a joint stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. 5.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs.

Signed on Galveston Island this 10th day of May, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE